Dismissed and Memorandum Opinion filed November 3, 2005









Dismissed and Memorandum Opinion filed November 3,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00207-CV

____________

 

HABIBOLLAH
YAZDCHI, Appellant

 

V.

 

TRAE
NICKELSON, Appellee

 



 

On Appeal from the
County Civil Court at Law No. 4

Harris County ,
Texas

Trial Court Cause No.
809,673

 



 

M E M O R A N D U M  O
P I N I O N

This appeal is from the denial of a motion for new
trial.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.

Appellant filed a pauper=s oath, which was contested.  The trial court conducted a hearing and
sustained the contest.  Appellant has not
challenged the trial court=s ruling on appeal.








On March 22, 2005, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).  On March 24,
2005, appellant responded by filing an affidavit for waiving filing fees.   

Appellant has failed to either challenge the trial court=s ruling on the contest or pay for
the clerk=s record.  Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed November 3, 2005.

Panel consists of Justices Fowler,
Edelman, and Guzman.